DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | CASE NO. 4:10-CV-0298 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DAVID LEAGHTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The Court referred the above captioned matter to Magistrate Judge George J. Limbert for general pre-trial supervision on February 19, 2010.  Order (non-document) filed on February 19, 2010.  On May 18, 2011, Plaintiff J & J Sports Productions, Inc. filed a motion for default judgment against Defendants given the Defendants failure to file an answer or otherwise respond to the complaint.  ECF No. 18.

Magistrate Judge Limbert issued a Report and Recommendation regarding Plaintiff's motion for default judgment on June 23, 2011, recommending that the Court grant Plaintiff's motion for default judgment .  ECF No. 19.  Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

Magistrate Judge Limbert filed his Report and Recommendation on June 23, 2011.  The fourteen day period has elapsed and Defendants have not filed any objections.

The failure to file written objections to a Magistrate Judge's report and recommendation

(4:10-CV-0298)

constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed Magistrate Judge Limbert's well reasoned and comprehensive Report and Recommendation and adopts the same.  Accordingly, Plaintiff J & J Sports Productions, Inc.'s motion for default judgment (ECF No. 18) is hereby GRANTED.

IT IS SO ORDERED.

August 8, 2011                                                        *s/ David D. Dowd, Jr.*
Date                                                                       David D. Dowd, Jr.
                                                                              U.S. District Judge

-2-